# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One USPS Priority Mail Express parcel bearing USPS tracking number EI559505634US, addressed to "Ashley Jones, 619 W. LaSalle Ave Unit 3, South Bend, IN 46601" with a return address of "Landon Willow, 815 N 52nd St., Phoenix, AZ 85008." It is a white Priority Mail Express cardboard box; weighing approximately 3 pounds and 15 ounces; postmarked March 7, 2023; and bearing $72.90 in postage.

**SEARCH WARRANT**

Case Number: 23-9177 MB

TO: ANDREW MCCLAMROCK and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Andrew McClamrock, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: One USPS Priority Mail Express parcel bearing USPS tracking number EI559505634US, addressed to "Ashley Jones, 619 W. LaSalle Ave Unit 3, South Bend, IN 46601" with a return address of "Landon Willow, 815 N 52nd St., Phoenix, AZ 85008." It is a white Priority Mail Express cardboard box; weighing approximately 3 pounds and 15 ounces; postmarked March 7, 2023; and bearing $72.90 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 3/25/2023 _____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

3/11/2023@8:38am                                     at   Phoenix, Arizona
Date and Time Issued                                      City and State

HONORABLE EILEEN S. WILLETT                               *EsWillett*
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                        Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| **Case No.:** 23-9177MB | **Date and time warrant executed:** 03/13/2023 at 1504 hours | **Copy of warrant and inventory left with:** USPIS Case File |
| **Inventory made in the presence of:** USPIS TFO Haynes and Contractor Morgan | | **USPS Tracking Number:** EI 559 505 634 US |

**Inventory of the property taken and name of any person(s) seized:**
USPS Express Mail Parcel tracking No EI 559 505 634 US was found to contain:

A white USPS cardboard box
Clear tape
Small blue box containing:
    clear tape
    yellow tissue paper
A white USPS cardboard box containing:
    clear tape
    McDonalds bag containing 2 empty water bottles without lids
    2 plastic grocery type bags
    2 small white USPS cardboard boxes containing a total of ten (10) baggies with blue M30 pills

Total of approximately 1078.4 grams of blue M30 (suspected Fentanyl) pills

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/13/2023

*D. Haynes*
Executing officer's signature

Dawn Haynes/U.S. Postal Inspector TFO
*Printed name and title*